AO-442(REV.12/85)

*FILED*

# United States District Court

Western District Of Texas

AUG - 1 2019

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

Cody Lee HORNER
AKA

**WARRANT FOR ARREST**

CASE NUMBER:
DR:19- 7046M-01

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Cody Lee HORNER</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description)

On July 30, 2019, Border Patrol Agents arrested Cody Lee HORNER and Jenny ANKENY, both United States citizens near Brackettville, Texas which is in the Western District of Texas for transporting three illegal aliens in furtherance of their illegal entry. HORNER, in a sworn stated admitted he conspired with another individual from San Antonio, Texas to transport illegal aliens from Eagle Pass, Texas to San Antonio and would be paid $800 USD to do so. ANKENY stated HORNER asked her to borrow her vehicle and accompany him in this failed smuggling event. ANKENY also stated she knew the people being picked were illegally present in the United States. Material witness Diego Adrian CAMPOS-Chavez a citizen of El Salvador and illegally present in the United States will testify he made smuggling arrangements in Mexico. CAMPOS-Chavez positively identified both defendants from a photo line-up.

in violation of Title ____8____ United States Code, Section(s) 8 1324(a)(1)(A)(ii)

Collis White     USMJ
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $ _DETAIN_     by

USMJ
_____
Title of Issuing Officer

08/01/2019     Del Rio, Texas
_____
Date and Location

Collis White
_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Del Rio, Texas | | |
| Date Received<br>08/01/2019 | Name and Title of Arresting Officer<br>Velez, Gregorio RODRIGUEZ, Stephane | Signature of Arresting Officer |
| Date of Arrest<br>July 30, 2019 | Agent | |